UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:  
CARLOS BENITO IZQUIERDO  
MARIA IZQUIERDO

CASE NO. 04-18264-BKC-RAM

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE MIAMI - OFFICE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 18.01 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: 11/12/10

NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:  
CARLOS BENITO IZQUIERDO  
MARIA IZQUIERDO  
121 SW 87TH CT  
MIAMI, FL 33174-2433

SANDRA NAVARRO GARCIA, ESQ.  
6337 SW 10 STREET  
MIAMI, FL 33133

HOUSEHOLD RECEIVABLE ACQ CORP2  
HOUSEHOLD BANK SB NA  
PO BOX 98721  
LAS VEGAS, NV 89193

U.S. Trustee  
51 S. W. 1st Avenue  
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                          CASE NO.   04-18264-BKC-RAM
CARLOS BENITO IZQUIERDO
MARIA IZQUIERDO
                                                CHAPTER 13


CARLOS BENITO IZQUIERDO
MARIA IZQUIERDO
421 SW 87TH CT
MIAMI, FL 33174-2433


SANDRA NAVARRO-GARCIA, ESQ.
6337 SW 40 STREET
MIAMI, FL 33133


HOUSEHOLD RECEIVABLE ACQ CORP2---------$          18.01
HOUSEHOLD BANK SB NA
PO BOX 98724                                    UNDELIVERABLE/STALE
LAS VEGAS, NV 89193                             CLAIM REGISTER# 5

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130